DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEPHEN EDWARD BOWEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-258

[December 21, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert L. Pegg, Judge; L.T. Case No. 562017CF003087 A.

Carey Haughwout, Public Defender, and Elijah Giuliano, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Sorraya M. Solages-Jones, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Guzman v. State*, 47 Fla. L. Weekly D2154 (Fla. 4th DCA Oct. 26, 2022); *Gordon v. State*, 139 So. 3d 958 (Fla. 2d DCA 2014), *review denied*, 2016 WL 886289 (Fla. Mar. 8, 2016).

GROSS, LEVINE and CONNER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***